UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Shariff Gual,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 13 CR 00032 (KMK)
21 CR 00500 (KMK)

KARAS, U.S. DISTRICT JUDGE:

James Neuman, Esq. is to assume representation of the defendant in the above captioned matter as of March 25, 2024. Mr. Neuman is appointed pursuant to the Criminal Justice Act. His address is James E. Neuman, Esq., 100 Lafayette Street, Suite 501, New York, NY 10013, phone number (212)-966-5612, Email: james@jamesneuman.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 26, 2024