

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

December 5, 2024

The Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Shariff Gual*, 21 Cr. 500 (JGK)

Dear Judge Karas,

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637-2273

cc: Counsel (ECF)

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.
12/6/2024